### 6988.  HURT *v.* WILEY.

HODGES, J.  1.  Any person indorsing or transferring a note may limit his own liability upon such indorsement or transfer, but he must do so by express restrictions contained in the indorsement or transfer.  Civil Code, § 4275.

2.  The holder of a negotiable note is presumed to be a bona fide purchaser for value; and such a holder could maintain suit on the note against a payee signing a transfer indorsed thereon as follows: "I hereby transfer my interest in this note to" J. W. B.; the suit being against the original maker and the person so indorsing. "Where the payee of such an instrument, by a writing placed on the back of it, 'transfers, sells, and assigns' the bill of sale, the note, and the title to the property, to a third person, he becomes such an indorser as to be

liable to suit in the same action with the maker." *Walker* v. *Carpenter,* 5 *Ga. App.* 427 (63 S. E. 576).        *Judgment affirmed.*
                          DECIDED JULY 12, 1916.

Complaint; from municipal court of Atlanta.  September 27, 1915.

*C. B. Rosser Jr., Ben. J. Conyers,* for plaintiff in error.
*John Y. Smith, M. Herzberg,* contra.